1  Andrew K. Alper (State Bar No. 088876)
     aalper@frandzel.com
2  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   6500 Wilshire Boulevard
3  Seventeenth Floor
   Los Angeles, California  90048-4920
4  Telephone: (323) 852-1000
   Facsimile: (323) 651-2577
5
   Attorneys for Secured Creditor BEZ
6  PROPERTIES, LLC

**FILED & ENTERED**

**MAY 19 2014**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Briggs     DEPUTY CLERK

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10             **SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| 11  In re | Case No. 1:14-bk-11073-VK |
| 12  ROUBIK BARKHORDARIAN, | Chapter 13 |
| 13           Debtor. | **ORDER GRANTING MOTION TO** |
| 14  | **DISMISS CHAPTER 13 CASE** **PURSUANT TO 11 U.S.C. § 1307(c)** |
| 15  | Date:      May 13, 2014 |
|    | Time:      1:30 p.m. |
| 16  | Place:     Courtroom 301 |
|    | 21041 Burbank Boulevard |
| 17  | Woodland Hills, California 91367 |

18          At the above-captioned date, time, and place, the Court held a hearing on the motion of Bez

19  Properties, LLC, a California limited liability company ("Bez Properties"), for an order dismissing this

20  bankruptcy case pursuant to 11 U.S.C. § 1307(c) ("Motion").  Christopher D. Crowell appeared for

21  Bez Properties.  Any other appearances were as noted on the record.

22          The Court has considered the Motion, the pleadings and declarations in support of the Motion,

23  and the absence of any timely opposition to the Motion; has determined that notice of the Motion was

24  adequate; and has determined that cause exists to dismiss this bankruptcy case pursuant to 11 U.S.C. §

25  1307(c) for the reasons set forth in the Motion.

26  ///

27  ///

28  ///

1      **WHEREUPON THE COURT HEREBY ORDERS** that the Motion is granted and this

2  bankruptcy case is dismissed pursuant to 11 U.S.C. § 1307(c).

3              ###

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

Date: May 19, 2014

Victoria S. Kaufman
United States Bankruptcy Judge

ORDER GRANTING MOTION TO DISMISS CHAPTER 13 CASE PURSUANT TO 11 U.S.C. § 1307(c)